UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| FRANK WOODS, | CASE NO. 4:06 CV 242 |
| Petitioner, | JUDGE PETER C. ECONOMUS |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, | <u>MEMORANDUM OF OPINION AND ORDER</u> |
| Respondent. | |

On January 31, 2006, petitioner <u>pro se</u> Frank Woods, an inmate at the Northeast Ohio Correctional Center, filed the above-captioned habeas corpus action under 28 U.S.C. § 2254. The petition seeks to challenge petitioner's current confinement, which is the result of his arrest on an alleged federal parole violation.

A federal district court may entertain a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by a person in state custody, who has exhausted all available state remedies, on the ground that the custody violates the Constitution or laws of the United States. There is no indication on the face of the petition and attachments suggesting that Woods is in state custody for purposes of seeking habeas relief under 28 U.S.C. § 2254.

Accordingly, the petition is denied and this action is

dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision and could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed.R.App.P. 22(b); 28 U.S.C. § 2253.

      IT IS SO ORDERED.

      s/Peter C. Economus -3/16/06
      PETER C. ECONOMUS
      UNITED STATES DISTRICT JUDGE